### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---:|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

November 27, 2023

MEMORANDUM TO COUNSEL

  Re: *Sopel v. Amentum Services, Inc.*
     Civil Action No. ELH-23-0430

Dear Counsel:

  As you know, on October 17, 2023, the parties filed a "Joint Motion for Extension of Time," which proposed, *inter alia*, to extend the discovery deadline and the deadline for submitting a status report to November 20, 2023. ECF 31 at 2 ("Motion"). By Order of October 24, 2023, the Court granted the Motion. ECF 33. The Order directed the parties to file a status report by November 20, 2023. *Id.* ¶ 6.

  The parties have not filed a status report. *See* Docket. Accordingly, the parties are directed to file a status report on or before **December 1, 2023**.

  Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

               Very truly yours,

                /s/

               Ellen Lipton Hollander
               United States District Judge